1    **WO**

2

3

4

5
                    IN THE UNITED STATES DISTRICT COURT
6
                              DISTRICT OF ARIZONA
7

8    U.S.A.,                                    No. 05-9392M

9              Plaintiff,
                                                **ORDER**
10   v.

11
     MIGUEL ANGEL MEJIA-VELASQUEZ,
12

13             Defendant.

14

15       THE COURT, having reviewed the Motion to Extend Time for Indictment, and good

16   cause appearing,

17       IT IS ORDERED granting the motion and extending the time within which the

18   government may seek to indict defendant by thirty (30) days.

19       THE COURT makes the following findings:

20             1) Counsel for defendant has only recently been appointed;

21             2) The defendant earnestly wishes to consider the plea offer;

22             3) The defendant wishes to investigate possible defenses prior to considering

23   the plea offer;

24             4) The government's offer, if accepted by the defendant and then the court,

25   would likely reduce defendant's exposure to a significant prison term;

26             5) If the defendant does not timely accept the plea offer prior to indictment,

27   the government will withdraw the offer and any subsequent offer would likely be less

28   advantageous to the defendant;

1         6) Failure to extend the time for indictment would thus operate to bar

2   defendant from reviewing the offer in a meaningful way prior to indictment; and

3         7) The ends of justice served by this extension outweigh the best interests of

4   the public and the defendant in a speedy indictment.

5      IT IS ORDERED that the Defendant's Motion to Extend Time to Indict (Dkt. #6) is

6   GRANTED.

7      IT IS FURTHER ORDERED that purusant to the Speedy Trial Act, 18 U.S.C. 3161,

8   the Government shall have an extension of thirty (30) days to file a timely Indictment.

9   Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30)

10  days in which the Government may present the case to the grand jury.

11     DATED this 23rd day of September, 2005.

12

13  _____

14               Lawrence O. Anderson
           United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -